UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY T. NEUMEYER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE BANCORP, et al.,<br><br>Defendants. | Case No. 15-cv-01789-HSG<br><br>**ORDER GRANTING MOTION TO DISMISS; DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 11, 12 |

On June 23, 2015, Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") filed a Motion to Dismiss the Complaint filed by *pro se* Plaintiffs Mary and Walter Neumeyer, Dkt. No. 11, and a Motion to Strike Plaintiffs' request for attorneys' fees, Dkt. No. 12. Plaintiffs did not respond to these motions by either the default July 7, 2015 deadline or the August 14, 2015 extended deadline as ordered by the Court. Dkt. No. 27. Pursuant to Civil Local Rule 7-1(b), these motions are deemed suitable for disposition without oral argument, and the hearing scheduled for August 20, 2015 is therefore vacated.

The Court **GRANTS** MERS's unopposed Motion to Dismiss, and the Complaint, Dkt. No. 1, is **DISMISSED WITHOUT PREJUDICE**.[1] Plaintiffs are granted leave to file a First Amended Complaint by no later than September 11, 2015. Failure to file a First Amended Complaint by that date will result in dismissal of the claims against MERS in this action with prejudice.

Plaintiffs are advised that the Legal Help Center at both the San Francisco and Oakland Federal Courthouses provides free information and limited-scope legal advice to pro se litigants in civil cases. Services are provided by appointment only. An appointment may be scheduled by

---

[1] MERS's Motion to Strike is **DENIED** as moot.

either: (1) signing up in the appointment book located outside the door of the Legal Help Center in San Francisco or Oakland; (2) calling (415) 782-8982.  The Court strongly encourages Plaintiffs to take advantage of this resource.

**IT IS SO ORDERED.**

Dated: 8/18/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge